UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JAN 1 0 2013
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID REES,

    Defendant.

Criminal No. 1:13-cr-9

Violation: 26 U.S.C. §7201
26 U.S.C. §7206(1)

## INFORMATION

The United States Attorney charges that:

### COUNT 1

(Tax Evasion for tax year 2006)

From on or about January 1, 2006 through on or about April 15, 2007, in Monongalia County, in the Northern District of West Virginia, the defendant **DAVID REES**, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America and imposed by Title 26 of the United States Code in the approximate amount of $96,554 in a manner in which he paid personal expenses on a credit card in the approximate amount of $533,152, but only reported personal income to the IRS on a false personal income tax return in the approximate amount of $188,316.

IN VIOLATION OF TITLE 26, UNITED STATES CODE, SECTION 7201

## COUNT 2

(False Form 941 Tax Return)

On or about January 31, 2007, in or near Monongalia County, West Virginia, in the Northern District of West Virginia, the defendant, **DAVID REES** willfully made and willfully subscribed a false Form 941 tax return which contained and was verified by a written declaration that it was made under penalties of perjury, and which he did not believe to be true and correct as to every material matter, in that the defendant was paying many of his employees cash at AKA Enterprises, and such cash was not declared on that Form 941 tax return.

IN VIOLATION OF TITLE 26, UNITED STATES CODE, SECTION 7206(1)

*Robert H. McWilliams, Jr. /for*
Shawn A. Morgan,
Criminal Chief and
Assistant United States Attorney

2